United States District Court
Southern District of Texas
**ENTERED**
June 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ROBERT PERKINS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. No. 4:26-cv-01599-KPE |
| § | |
| THE PRUDENTIAL INSURANCE § | |
| COMPANY OF AMERICA, § | |
| § | |
| Defendant. § | |
| § | |

**PROPOSED SCHEDULING AND DOCKET CONTROL ORDER**

Plaintiff Robert Perkins and Defendant The Prudential Insurance Company of

America propose that this case will be controlled by the following schedule.

**DEADLINES**

1.  **MOTIONS TO AMEND THE PLEADINGS** – **August 11, 2026**

2.  **MOTIONS TO ADD NEW PARTIES** – **August 11, 2026**

3.  **MOTION TO CERTIFY CLASS** - NA

4.  Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B) – **NA**

5.  Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B) – **NA**

6.  **COMPLETION OF DISCOVERY** – Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. – **December 11, 2026**

7.  **LIMITS ON DISCOVERY** –

    Because this matter is an ERISA governed claim for benefits, the parties agree that discovery is limited to the Administrative Record.

The Parties agree to meet and confer regarding discovery issues prior to raising any issue with the Court.

8.     **DISPOSITIVE MOTIONS** – **March 12, 2027**

9.     **ALL OTHER PRETRIAL MOTIONS** – **December 11, 2026**

10.    **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** – Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures. – **June 28, 2027**

11.    **BENCH TRIAL** – Bench trial will begin at 9:00 am on **July 6, 2027.**
Estimated Trial Time: The Parties believe this matter can be decided on dispositive motions. If a trial is still required, the Parties agree this would require a **bench** trial lasting **one** day.

SIGNED at Houston, Texas, this 15th day of June, 2026.

Hon. Keith P. Ellison
UNITED STATES DISTRICT JUDGE

326497562v.2